## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ANN W. EASLEY BRYANT,**

    **Plaintiff,**

v.                                                            **No. 20-cv-1266 RB/SMV**

**WASHINGTON FEDERAL BANK, INC.,**

    **Defendant.**

## **ORDER FOR NOTICE AND WAIVER**

THIS MATTER is before the Court on Plaintiff's Amended Complaint for a Civil Case [Doc. 6], filed January 7, 2021. Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, which provides that the "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). Because Plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915, [Doc. 5], the Court will order the Clerk of the Court to notify Defendant, at the addresses provided by Plaintiff, [Doc. 6] at 2, that an action has been commenced and request that Defendant waive service pursuant to Fed. R. Civ. P. 4(d).

**IT IS THEREFORE ORDERED** that the Clerk of the Court notify Defendant that an action has been commenced and request that Defendant waive service pursuant to Fed. R. Civ. P. 4(d). The Clerk shall mail the notice, waiver, a copy of Plaintiff's Amended Complaint [Doc. 6], and a copy of the Memorandum Opinion and Order Dismissing Claim Pursuant to 18 U.S.C. § 1005 with Prejudice [Doc. 8] to:

Washington Federal Bank, Inc.
425 Pike Street
Seattle, WA 98101

and

Brent J. Beardall, President
Washington Federal Bank, Inc.
425 Pike Street
Seattle, WA 98101

If Defendant has not waived serviced by March 8, 2021, Plaintiff may file a motion requesting that officers of the Court effect service pursuant to § 1915(d).

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**