IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANN W. EASLEY BRYANT,

    **Plaintiff,**

v.                                                                                                      No. 20-cv-1266 RB/SMV

WASHINGTON FEDERAL BANK, INC.,

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff proceeds pro se and *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has taken no action to pursue her claims since she filed her Amended Complaint on since January 7, 2021. [Doc. 6]. Accordingly, Plaintiff should show cause no later than **July 27, 2021**, why this action should not be dismissed. *See* D.N.M.LR-Civ. 41.1.

After Plaintiff filed her Amended Compliant on January 7, 2021, the Court, on January 19, 2021, directed the Court Clerk to issue and mail the necessary documents to Defendant to request that it waive service. [Doc. 9]. In its Order, the Court advised, "[i]f Defendant has not waived serviced by March 8, 2021, Plaintiff may file a motion requesting that officers of the Court effect service pursuant to § 1915(d)." *Id.* at 2. The Court Clerk did mail the documents to Defendant at the addresses provided by Plaintiff. Defendant has neither returned the waiver of service nor appeared in this action. Plaintiff has not filed any motion requesting that the Court effect personal service, nor has she taken any other action to pursue her claims since January. It appears that she no longer wishes to pursue her claims. Therefore, Plaintiff must show good cause within 30 days

why her claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **July 27, 2021**, why her claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**