IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANN W. EASLEY BRYANT,

      Plaintiff,

v.   No. 20-cv-1266 RB/SMV

WASHINGTON FEDERAL BANK, INC.
and BRENT J. BEARDALL,[1]

      Defendants.

## ORDER FOR SERVICE OF PROCESS BY THE UNITED STATES MARSHALS SERVICE

THIS MATTER is before the Court on Plaintiff's Motion for Service [Doc. 20], filed on December 10, 2021. Plaintiff proceeds pro se and *in forma pauperis* pursuant to 28 U.S.C. § 1915. She asks the Court's officers to effect service on Defendant Washington Federal Bank, Inc. [Doc. 20]. The Motion will be granted.

Plaintiff filed her Second Amended Compliant on September 10, 2021. [Doc. 13]. On September 30, 2021, the Court Clerk issued and mailed the necessary documents to Defendant Washington Federal, requesting that it waive service. *See* [Doc. 18]. Defendant Washington Federal has neither waived service nor appeared in this action.[2] Accordingly, Plaintiff asks the Court to arrange for service, [Doc. 20], which is warranted.

---

[1] The Court dismissed the claims against Defendant Beardall on September 30, 2021. [Doc. 18].
[2] Under Fed. R. Civ. P. 4(d)(2), the Court must impose costs of service on a defendant who, without good cause, does not comply with a request to waive service.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that summons be issued by the Court Clerk, and that the United States Marshal effect service of the summons, the Second Amended Complaint [Doc. 13], the Memorandum Opinion and Order [Doc. 18], and a copy of this Order on Defendant Washington Federal.  *See* Fed. R. Civ. P. 4(c)(3).  The service of the summons and complaint shall be at no cost to Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**