UNITED STATES DISTRICT COURT

FOR THE

FEDERAL DISTRICT OF NEW MEXICO

10th DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 MAR 21  PM 4:48

CLERK-LAS CRUCES

|  |  |
|---|---|
| Ann W. Easley Bryant ) ) ) )  v.  ) ) ) ) Washington Federal Bank ) ) ) ) | Case No.: 2:20-cv-01266-RB-SMV |

## MOTION FOR JUDGEMENT BY DEFAULT

Now comes the Plaintiff, Ann W. Easley Bryant who files a Motion for Judgement by Default. As per Rule 55 of FRCP "The Defendant Washington Federal Bank, Inc., after personal service of the Summons and complaint by the U.S. Marshalls, has failed to plead or otherwise defend in this lawsuit and that failure is shown by the accompanying Affidavit of the Plantiff. Therefore, in Rule 55(2)...the party must apply to the Court for a default judgement.

Throughhthe Court proceedings of serving a Notice and Waiver of Summons, then without reply serving a Summons and Complaint on the defendant Washington Federal Bank, Inc., which the

defendant also ignored a total of four months has passed.

The Plaintiff contends that the Defendant Washington Federal, Inc. will continue to ignore any and all proceedings of the U.S. federal Court in anticipation of the upcoming monetary reset which will make any default ruling ineffective as the assets of Washington Federal will have moved and will be nowhere to be found. An immediate Writ of Execution to the U.S. Marshall for recovery of damages assessed by the Court would be appropriate under these circumstances.

## SERVICE OF PROCESS

Service of Process was correct as per FRCP 4(e)(1):
(Rule 44(h)(A) Serving a Corporation...in the manner prescribed by Rule 4(e)(1) for seving an individual: Serving an individual within the Judicial District of the U.S. Unless federal law provides otherwise, an individual may be served in the U.S. by:(1)following state law for serving a summons in an action brought in courts of general jurisdiction in the state where District Court is located or where service is made.

Washingron State Law: RCW 23.95.450(2)  If a represented entity ceases to have a registered agent, or if its registered agent cannot with reasonable diligence be served, the entity may be served by registered or certified mail, return receipt requested, or by similar commercial delivery service, addressed to the entity at the entity's principal office. The address

Default/Case No. 2:20-cv.-01266-RB-SMV

of the principal must be shown in the entity's most recent annual report filed by the secretary of state. Service is effected under this subsection on the earliest of: (b) the date shown on the return receipt, if executed by the entity; or, (c) Five days after its deposit with the U.S. postal service or commercial delivery service; if correctly addressed andwith sufficient postage or payment. (Exhibits 1, 2 &3:Process Receipt and Return,, U.S. Post Office Return Receipt & Notice of Washington Federal Annual Meeting of Shareholders, Pages 1&8 with address for 2022.)

## DAMAGES

The Plaintiff looks to the Court to enter a Judgement of Default as well as the merits of the case. The Plaintiff blindly trusted Washington Federal Bank and entrusted all of her assets received from her inheritance to the bank, thus giving the bank enormous power over her life. The monies held by the bank were monies which the Plaintiff used to buy food with which to sustain her family and herself, including her handicapped daughter Laureana Easley. The money also paid for housing and all the other necessities off life. Because of the bank converting and denying the Plaintiff of these funds she ultimately had to live in a homeless shelter for over two months, had nothing to eat and had to rely on the charity of others. Unable to pay rent or make repairs to her vehicle and trailer she lost

she lost property and cannot afford to repair her principal vehicle.

The Plaintiff's handicapped daughter, Laureana Easley was abducted when the Plaintiff found herself without funds. The Plaintiff did not have the monetary resources with which to rescue her daughter, when she called her mother for help and to return home. Laureana is still falsely imprisoned at the house of her uncle.

On December 24, 2021 at 11:20 a.m. the Plaintiff Ann W. Easley Bryant went to the Catalina Branch of the WaFd (Washington Federal) Bank to speak to managers Gina Kutas and Sheila Wood. I requested an item or two of my records for my case. I was told that, "Since the dispute had gone to court that they could not help me and I would have to subpoena my own records." Upon leaving there was a man at the front door. Both he and I waited while Ms. Kutas unlocked the front door. He entered and I left.

As for the damages the Plaintiff is entitled to damages equal to the full value of the chattel at the time and place of conversion. The measure of damages is the fair market value of the property at the time and place of the conversion." Vaughn v Vaughn 146 Md. App 265(Md.Ct.Spec. APP.2002). Also,"compensation for time and money properly expended in sursuit of the property, emotional distress damages are also allowed in extreme circumstances." Spate

Case No. 2:20-cv-01255-RB-SMV

v. Dameron Hospital Assn.,, 114Cal.App.4th208(Cal.App.34d Dist.2003).

The Plaintiff requested in her Complaint the amount of $100,000 for the amount that was taken by conversion. Also, the amount of $200,.000 for compensatory and punitive damages.

The Plaintiff would ask the Court to issue a Writ of Execution and levy upon the bank account of Washington Federal, Inc. (a bank holding company) as the Plaintiff believes that they will delay indefinitely to respond until the awarded amount can no longer be collected which, as stated earlier-may be soon.

WHEREFORE, the Plaintiff prays of the Court to enter a judgement of default against the defendant Washington Federal Bank and award damages with a writ and levy in accordance with fairness and law. Justice delayed is justice denied.

Date _March 15, 2022_       Signed _Ora W. Easley Bryant_

Ca se No. 2:20-cv-01266-RB-SMV

# E X H I B I T S

**A** Affidavit of Ann W. Easley Bryant

1. Process Receipt and Return

2. U. S. Post Office Return Receipt

3. Washington Federal, Inc. Notice of Annual Meeting of Shareholders with current address

4. Order for Summons upon Washington Federal Bank

5. Contracts and Receipts to show where Plaintiff was living at the time Washington Federal Bank began sending Plaintiff"s bank statements to an old address from over 2 years prior.

# A F F I D A V I T

## of

Ann W. Easley Bryant

**Address:** P. O. Box 1782
Columbus, NM  88029

**Prior Address:** 2222 S. 4th Ave.
Yuma, AZ  85366

11/15/21-03/10/22

## STATEMENT OF IDENTITY

I, Ann W. Easley Bryant am Plaintiff in the U.S. Federal
Civil Court Action, New Mexico District, Case #2:20-cv-01266-
RB-SMV.  With Washington Federal, Inc. as Defendant for Conversion.

## STATEMENT OF FACTS

With one savings account and two checking accounts I,
Ann W. Easley Bryant was a client of Washington Federal, Inc.,
a Bank Holding Company. I have sued Washington Federal, Inc.
for conversion of $100,000 of my money. After failure to respond
to a Notice and Waiver of Summons delivered to the Defendant,
Judge Vidmar issued an order for the U.S. Marshalls office to
serve Washington Federal, Inc. with a Summons and Complaint
for the above lawsuit.  The order was made on December 15, 2021.
Following said order the U.S. Marshall served the Summons and
Complaint in accordance with FRCP-Rule 4(e)(1) and Washington
State RCW 23.95.450(2)(b), on February 8, 2022.

## CONCLUSION

After allowing 21 days to pass since Process of Service
was effected on Washington Federal, Inc., I have not received
an Answer to my Complaint or any correspondence of any kind
from Washington Federal, Inc. or any agent thereof.

I, Ann W. Easley Bryant do attest that the above statements
are true under the punishment of perjury.

Date: _March 16, 2022_    Signed _Ann W. Easley Bryant_

Ann W. Easley Bryant

State of   Arizona            }
                             } ss.
County of  Yuma              }

The foregoing instrument was acknowledged before me this 16th day of March 2022,
by Ann W. Easley Bryant

_____
NOTARY PUBLIC

My commission expires:  9-14-9023



KARINA HEFNER
Notary Public - State of Arizona
YUMA COUNTY
Commission #568888
Expires September 14, 2023

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 FEB 25 PM 1: 31

CLERK-LAS CRUCES

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANN W EASLEY BRYANT | 20-CV-1266-RB/SMV |
| DEFENDANT | TYPE OF PROCESS |
| WASHINGTON FEDERAL BANK, INC. | CIVIL |

SERVE AT {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WASHINGTON FEDERAL BANK, INC.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
425 PIKE STREET SEATTLE, WASHINGTON 98101

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| ANN W EASLEY BRYANT<br>2222 S. 4TH AVE<br>YUMA, AZ 85366 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>575-528-1400 | DATE<br>12/16/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 of 1 | District of Origin<br>No. 151 | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date<br>01/26/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served . ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>2/8/22 | Time<br>3:00 | ☐ am<br>☑ pm |
|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

In forma Pauperis
USPS Certified Mail
Return Receipt: 7011 3500 0000 2025 6358

Form USM-285
Rev. 01/21



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Washington Federal Bank
425 Pike St.
Seattle, WA 98101

9590 9402 4940 9063 0193 44

2. Article Number (Transfer from service label)

7011 3500 0000 2025 6358

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ □ Agent
              □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAY SINGH                        2.18

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
- □ Adult Signature
- □ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- □ Certified Mail Restricted Delivery
- □ Collect on Delivery
- □ Collect on Delivery Restricted Delivery
- □ Insured Mail
- □ Insured Mail Restricted Delivery (over $500)

- □ Priority Mail Express®
- □ Registered Mail™
- □ Registered Mail Restricted Delivery
- □ Return Receipt for Merchandise
- □ Signature Confirmation™
- □ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**United States Postal Service**

USPS TRACKING #

9590 9402 4940 9063 0193 44

• Sender: Please print your name, address, and ZIP+4® in this box•

US Marshals Service
100 N. Church St.   FEB 14 2022
Las Cruces, NM 88001

First-Class Mail
Postage & Fees Paid
USPS
Permit No.

**WASHINGTON FEDERAL, INC.**
**PROXY STATEMENT**
**ANNUAL MEETING OF SHAREHOLDERS**
**January 25, 2022**

# WASHINGTON FEDERAL, INC.

425 PIKE STREET
SEATTLE, WASHINGTON 98101-2334
(800) 324-9375

**NOTICE OF ANNUAL MEETING OF SHAREHOLDERS**
**TO BE HELD ON TUESDAY, JANUARY 25, 2022**

**NOTICE IS HEREBY GIVEN** that we will be hosting our virtual Annual Meeting of Shareholders live via the internet (at www.virtualshareholdermeeting.com/WAFD2022) on Tuesday, January 25, 2022 at 2:00 p.m. Pacific Time, for the following purposes:

1. To elect four directors: three directors for a three-year term ending in 2025, and one director for a two-year term ending in 2024, or until their successors are elected and qualified;

2. To approve, by a non-binding advisory vote, the compensation of the Named Executive Officers of the Company;

3. To ratify the appointment of Deloitte & Touche LLP as the Company's independent registered public accountants for fiscal year 2022; and

4. To transact such other business as may properly come before the meeting or any adjournment thereof.

The Board of Directors of the Company has fixed November 22, 2021 as the record date for the determination of shareholders entitled to notice of and to vote at the Annual Meeting. Only those shareholders of record as of the close of business on that date will be entitled to vote at the Annual Meeting or at any such adjournment.

By Order of the Board of Directors

*Cathy Cooper*

Cathy Cooper
*Executive Vice President, Chief Consumer Banker and*
*Corporate Secretary*

December 6, 2021
Seattle, Washington

**YOU ARE CORDIALLY INVITED TO ATTEND THE VIRTUAL ANNUAL MEETING. IT IS IMPORTANT THAT YOUR SHARES BE REPRESENTED REGARDLESS OF THE NUMBER YOU OWN. EVEN IF YOU PLAN TO ATTEND THE VIRTUAL EVENT, YOU ARE URGED TO CAST YOUR VOTE AS SOON AS POSSIBLE. INSTRUCTIONS ON HOW TO VOTE VIA THE INTERNET, TELEPHONE OR BY MAIL ARE CONTAINED BELOW UNDER "PROXY VOTING." IF YOU PARTICIPATE IN THIS VIRTUAL MEETING, YOU MAY VOTE ONLINE DURING THE MEETING. ANY PROXY GIVEN MAY BE REVOKED BY YOU IN WRITING OR IN PERSON AT ANY TIME PRIOR TO THE EXERCISE THEREOF.**

**IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR THE ANNUAL MEETING OF SHAREHOLDERS TO BE HELD ON TUESDAY, JANUARY 25, 2022.**

This Proxy Statement relating to the 2022 Annual Meeting of Shareholders and the Annual Report to Shareholders for the year ended September 30, 2021 are available for viewing, printing and downloading at *www.wafdbank.com*.



The following table sets forth information as of November 22, 2021 regarding the beneficial ownership by shares of Common Stock by each of the (i) directors, (ii) executive officers named in the Summary Compensation Table and (iii) all directors and executive officers as a group.

| Name | Title | # of Shares (1) | | Percentage Ownership |
|---|---|---|---|---|
| R. Shawn Bice | Director | 1,365 | | — |
| Linda S. Brower | Director | 64,082 | | 0.10 |
| Stephen M. Graham | Director | 6,668 | | 0.01 |
| David K. Grant | Director | 42,101 | | 0.06 |
| Sylvia R. Hampel | Director | 1,569 | | — |
| Thomas J. Kelley | Chairman of the Board | 28,364 | | 0.04 |
| S. Steven Singh | Director | 7,731 | | 0.01 |
| Sean B. Singleton | Director | 1,280 | | — |
| Barbara L. Smith | Director | 30,801 | | 0.05 |
| Mark N. Tabbutt | Director | 91,601 | | 0.14 |
| Randall H. Talbot | Director | 42,851 | | 0.07 |
| Brent J. Beardall | Director, President and Chief Executive Officer | 384,884 | (2) | 0.59 |
| Vincent L. Beatty | Executive Vice President and Chief Financial Officer | 73,074 | (3) | 0.11 |
| Cathy E. Cooper | Executive Vice President and Chief Consumer Banker | 84,410 | (4) | 0.13 |
| James A. Endrizzi | Executive Vice President and Chief Commercial Banker | 47,262 | (5) | 0.07 |
| Ryan M. Mauer | Executive Vice President and Chief Credit Officer | 49,577 | (6) | 0.08 |
| Kim E. Robison | Executive Vice President and Chief Operating Officer | 69,093 | (7) | 0.11 |
| All Directors, Executives and Named Executive Officers as a group (17 persons) | | 1,025,348 | (8) | 1.57 % |

1.  Except as indicated in the footnotes to this table, each shareholder named in the table above has sole voting and investment power for the shares shown as beneficially owned by them. This information is based on information furnished by the respective directors and executive officers. The percentage of outstanding shares of Common Stock is based on the 65,223,713 shares of Common Stock issued and outstanding and 1,313 stock options outstanding on November 22, 2021.

2.  Mr. Beardall's ownership includes 148,048 shares of unvested restricted and performance-based Common Stock and 26,184 shares of Common Stock held in the Washington Federal 401(k) Plan (the "Retirement Plan").

3.  Mr. Beatty's ownership includes 25,440 shares of unvested restricted and performance-based Common Stock.

4.  Mrs. Cooper's ownership includes 41,905 shares of unvested restricted and performance-based Common Stock and 9,244 shares of Common Stock held in the Retirement Plan.

5.  Mr. Endrizzi's ownership includes 38,969 shares of unvested restricted and performance-based Common Stock and 185 shares of Common Stock held in the Retirement Plan.

6.  Mr. Mauer's ownership includes 38,929 shares of unvested restricted and performance-based Common Stock.

7.  Mrs. Robison's ownership includes 41,905 shares of unvested restricted and performance-based Common Stock.

8.  This includes an aggregate of 35,613 shares held in the Retirement Plan for the benefit of executive officers of the Company's wholly-owned subsidiary, Washington Federal Bank, N.A., dba WaFd Bank (the "Bank"). The trustees of the Retirement Plan are Lisa King - Chair, Brice Bolen, Crystal Conine, Rika Laing and Cory Stewart, who are all employees of the Bank.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that summons be issued by the Court Clerk, and that the United States Marshal effect service of the summons, the Second Amended Complaint [Doc. 13], the Memorandum Opinion and Order [Doc. 18], and a copy of this Order on Defendant Washington Federal. *See* Fed. R. Civ. P. 4(c)(3). The service of the summons and complaint shall be at no cost to Plaintiff.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

2

# EVERGREEN MOBILE HOME & R.V. PARK, LLC
## R.V. LEASE AGREEMENT
( OFFICE HOURS 8 AM TILL 5 PM MONDAY – FRIDAY )

Received from _Ann Woodson Easley_

the sum of _225.00 ( Two hundred Twenty five and no/100_ (dollars)
evidenced by _Mary E Ramirez_.

Lot # _44_

**TERM:** The term shall commence on _June 1_, 20 _13_ and continue thru _June 30 20 13_, thereafter, on a month to month basis, until either party terminates the lease by (a). not paying or (b).not accepting the rent for the following month OR (c) repeated violation of park rules by you or your visitors. Monthly RVs get a special discount rate therefore, no rents will be prorated or refunds given for anyone leaving early, **including** termination for park rule violations. Rent not paid in advance will be charged at the current daily rate plus $5.00 a day late charge if not paid in advance. **Payment is to be by cash, check or money order. We DO NOT accept credit cards.**

**RENT:** Rent shall be $ _925.00_ per month, payable in advance, upon the _1st_ day of each calendar month, at the office, in person, at the following address:
**2200 N. Florida Ave. #50 Alamogordo, N. M. 88310. ( 575-437-3721)**

**UTILITIES:** Lot rent covers water, sewer and garbage. Tenants will be charged for all electric used. (paid in the Park office) TV cable is included in the rent. **NO RESTROOMS OR SHOWERS PROVIDED BY THE PARK.**

## CONDITIONS OF LEASE:
1. Observe one-way street to R.V. area, at all times.
2. Speed limit in the park is **5 mph**, at all times. Walking speed.
3. No outside pets allowed. Clean up after your inside pet. There will be a $12.50 charge if we must clean up after your pet. Pets must be on a leash.
4. Do not store anything outside or under your R.V. that would attract animals or be unsightly to others.
5. Quite hours are from 10 P.M. till 8 A.M. , that includes loud motor vehicles , mowers, and etc.
6. Monthly R.V.'s must mow, trim, water, clean and rake leaves in their own yards. We furnish equipment. (Leaf bags not furnished)
7. RV's will be parked to the rear of your site, Motor vehicles are to be parked in front of your R.V. on site, or in the gravel parking area along the street ONLY. Do not block side walks.
8. NO PARKING on lawns, patios, sidewalks, or ON OTHER SITES.
9. No illegal activity on the premise. No carrying of firearms on park property.
10. Respect the rights of others.
11. Tenant agrees to pool rules as posted at pool.
12 Non operational vehicles, trailers, boats etc. will not be stored in the RV area. We have storage.

Dated _May 30, 2013_

Mailbox key
_✓_ Yes ____ No

Tenant Print _Ann Easley_
Tenant Signature _____
Tenant Signature _____
Address _____
City _____ State ____ Zip ____
Phone# _____
Last four Social security # _____
DL # _____
Date of Birth _____
Veh. # _APR 7313 (AZ)_
Emergency contact _____
Phone # ( ) _____

By _____

Check 1909  Date 06/04/2013  Amount  $225.00



Check 1910  Date 06/07/2013  Amount  $41.05

EVERGREEN MOBILE HOME & RV PARK
2200 N. Florida Ave. #50    Phone: (575) 437-3721
Alamogordo, New Mexico 88310
**NOT TRANSFERABLE**

May 30, 20 13

057033

Received of _Amy Easley_
For Rent of
Space No. _44_ From _6-1_ To _6-30_

Incidentals & Extras _____    $ _225.00_
Rent Payable in Advance on Date Due.                $ _____
This Rental is Subject to Rules and Regulations of Park.
NO REFUNDS                          **T H A N K   Y O U**    Total $ _225.00_
CASH ☐    CHECK ☑   M.O. ☑   #_1909_    By _Mary E Romine_

**Payment is to be by cash, check or m.o.**

RENT:    Rent shall be $ _225.00_ per month, payable in advance, upon the_____ _1st_ day
of each calendar month, at the office, in person, at the following address:
<u>2200 N. Florida Ave. #50   Alamogordo, N. M. 88310. ( 575-437-3721)</u>

UTILITIES:
Lot rent covers water, sewer and garbage. Tenants will be charged for all electric used. (paid in the Park office)
TV cable is included in the rent. **NO RESTROOMS OR SHOWERS PROVIDED BY THE PARK.**

CONDITIONS OF LEASE:
1.  Observe one-way street to R.V. area, at all times.
2.  Speed limit in the park is **5 mph,** at all times. Walking speed.
3.  No outside pets allowed. Clean up after your inside pet. There will be a $12.50
     charge if we must clean up after your pet. Pets must be on a leash.
4.  Do not store anything outside or under your R.V. that would attract animals or be
     unsightly to others.
5.  Quite hours are from 10 P.M. till 8 A.M. , that includes loud motor vehicles ,
     mowers, and etc.
6.  Monthly  R.V.'s must mow, trim, water, clean and rake leaves in their own yards.
     We furnish equipment. (Leaf bags not furnished)
7.  RV's will be parked to the rear of your site, Motor vehicles are to be parked in front of your
     R.V. on site, or in the gravel parking area along the street ONLY. Do not block side walks.
8.  NO PARKING on lawns, patios, sidewalks, or ON OTHER SITES.
9.  No illegal activity on the premise. No carrying of firearms on park property.
10.  Respect the rights of others.
11.  Tenant agrees to pool rules as posted at pool.
12  Non operational vehicles, trailers, boats etc. will not be stored in the RV area. We have storage.

Dated _May 30, 2013_

Mailbox key
_✓_Yes _____No

By _____

Tenant Print _Amy Easley_
Tenant Signature _____
Tenant Signature _____
Address _____
City _____State ___Zip _____
Phone# _____
Last four Social security # _____
DL # _____
Date of Birth _____
Veh. # _APR 7313   (AZ)_
Emergency contact _____
Phone # (___) _____

**SILVER SANDS RV PARK**
**88610 HW 86**
**THERMAL, CA 92274**
**(760) 395-5437**

Rent payments due before the 5th of each month.

| For the Month of | | Oct. 01 2015 | |
|---|---|---|---|
| | | **Ann Easley** | Space #32 |
| **RENT** | | $ 250.00 | |
| | | | |
| | | $ 250.00 | |
| | | | |
| **ELECTRICITY** | Reading Date | | |
| NEW READING | 9/25/2015 | 17,036 | |
| OLD READING | 8/25/2015 | 16,599 | |
| KILOWATT USED | | 437 | |
| | | | |
| CUSTOMER SERVICE | | $ 9.60 | |
| CONSUMPTION | X 0.1169 | $ 51.09 | |
| ENERGY COST ADJ. | X 0.067 | $ 29.28 | |
| CA ENERGY SURCHARGE | X 0.00029 | $ 0.13 | |
| Sub-total | | $ 90.09 | |
| Public Benefits Charge | Sub-total X 0.0285 | $2.57 | |
| **Total** | | $ 92.66 | |
| IID REAP Reimbursement | | $ - | |
| Balance Due on Electric | | $ 92.66 | |
| | | | |
| | | | |
| **WATER** | | | |
| NEW READING | 25th of previous Mo. | 6 | |
| OLD READING | | 5 | |
| Gallons Used | 1 = 1,000 Gallons | 1 | |
| | | | |
| Water Base Rate | | | |
| Back flow charges | | $1.20 | |
| Service Charge | | $2.50 | |
| Multi-unit | | $6.10 | |
| Water Usage Charges | X 7.300 | $7.30 | |
| Water Total | | $17.10 | |
| | | | |
| **This Month Total** | | $ 359.76 | |
| **Past Due** | | | |
| **Total Amount Due** | Total | $ 359.76 | |

**Please pay with checks or money orders. $5.00 additional fee for cash payments.**
**3% fee addition on debit or credit card payments**

2015

**RECEIPT** DATE 11/02/15  No. 550310

$ 350.00

RECEIVED FROM #522 Ave____

$280. 1st rent

⊙ FOR RENT $700 deposit for shelter_____ DOLLARS
○ FOR _____

| ACCOUNT | 500 0 | ○ CASH |
|---------|-------|--------|
| PAYMENT | 350 0 | ⊗ CHECK |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM 1-1 TO 12-30

BY _____

3-11

# Desert Shores Trailer Park Rental Agreement

**Space #** _39_ **Name X** _Ann Easley ANN EASLEY_

THIS AGREEMENT is made and entered into this first day of _Dec 20, 2015_
by and between the management of Desert Shores Trailer Park (hereinafter called the "Owner")
and those persons listed on the last page of this Lease Agreement (hereinafter called the
"Agreement") as the Homeowner (hereinafter called the "Resident").

### 1. Specific Information:

**1.1 Home site:**
    Owner rents to Resident, and Resident rents from Owner, **Space#**_____
    Hereinafter called the "Home site" in Desert Shores Trailer Park, located at 115
    Desert Shores Drive, Desert Shores, California 92274.

**1.2 Term: Check appropriate box**
    ( ) The tenancy created under this Agreement shall be for a period of twelve (12)
        months and shall commence on_____ and end on _____, unless
        terminated earlier, in writing, in accordance with the terms of this Agreement.

    ( ) The tenancy created under this Agreement shall be for a period of _____ (    )
        months and shall commence on_____ and end on _____, unless
        terminated earlier, in writing, in accordance with the terms of this Agreement.

    ( X ) The tenancy created under this Agreement shall be for a month-to-month basis and
        shall commence on _____12-20-15_____.

**1.3 Anniversary Date:**
    The Anniversary Date of this Agreement shall be ____12-20-16_____.

**1.4 Rent:**

**1.5 Base Rent: Two hundred and forty ($240.00) per month.**

**1.6 Security Deposit Required:** Two hundred and forty dollars **($240.00)**

    **Guest Charge:** $2.00 per day-Sixty dollars per month **($60.00)**

    **Late Rent Charge: $25.00 five days past due date.**

    **Check Handling Charge for NSF Checks-**thirty-five dollars **($35.00)**

(17) The prevailing party in an action brought for the recovery of rent or other moneys due or to become due under this lease or by reason of a breach of any covenant herein contained or for the recovery of the possession of said premises, or to compel the performance of anything agreed to be done herein, or to recover for damages to said property, or to enjoin any act contrary to the provisions hereof, shall be awarded all of the costs in connection therewith, including, but not by way of limitation, reasonable attorney's fees.

**(18) Security Deposit:**

18.1 All new Residents moving into the Park shall be required, upon execution of this Agreement, to deposit the amount specified in paragraph 1 above as a security deposit for the performance by the Resident defaults on any provision of this Agreement, the Owner may use the security deposit, or any portion thereof, to cure any default any provisions of this agreement. In addition, the Resident shall immediately, on demand, pay to the Owner a sum equal to the security deposit expended or applied by the Owner, as provided in this paragraph, so as to maintain the security deposit in the sum initially deposited with the Owner. In no event shall the total Security Deposit held by the Owner exceed twice the intial base monthly rent. Owner may maintain the Security Deposit separate and apart from the Owner's general funds or may co-mingle with the Owner's general and other funds. The Owner will not be required to pay interest on the Security Deposit to the Resident.

**IN WITNESS WHEREOF** the parties hereto have executed this agreement in duplicate the day and year written above.

_____
Manager for NOUS ANNUIT
(Lessor)


_____
(Lessee)


_____
(Lessee)

4 page

**PURCHASE AGREEMENT:** Upon purchasing this money order, you agree to all terms on the money order and to this contract. You agree to immediately fill in payee's name, the date, your name and address. This **Original Purchaser's Copy** is your proof of purchase. See reverse side for refund policy. An $18.00 service fee applies to issuing a refund when applicable or a copy of the paid money order. At minimum, forty five (45) days must lapse following purchaser's date before a refund may be issued. No "stop payment" will be issued against any money order.

**ADMINISTRATIVE SERVICE CHARGES:** If this money order is not presented to issuer for payment within one year (three years in California) from the date of purchase, a non-refundable service charge shall be deducted from the face amount of the instrument where not otherwise prohibited by law. The monthly charge is 35 cents (25 cents in California) from the date of purchase. Accrued charges will be capped at $29.40 ($21.00 in California).

**PURCHASER'S COPY**

35-14590474

## NON NEGOTIABLE

MONEY ORDER NOT GOOD FOR MORE THAN FIVE HUNDRED DOLLARS ($500.00)

See Reverse Side For Refund Policy
(Vea Al Reverso Para Informacion Acerca Del Reembolso)

**RETAIN FOR YOUR RECORDS**

Ann W. Easley Bryant
P.O. Box 1782
Columbus, NM.
             88029

U.S. Federal Court
Civil Court Clerk #280
100 N. Church St.
Las Cruces, NM
             88001

Dear Court Clerk,
        Would you please file
the following motion for me?
[ Motion for judgment by default ].
    Thank you.

                    Sincerely,
                    Ann W. Easley Bryant

