IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANN W. EASLEY BRYANT,

    Plaintiff,

v.                                                                            No. 2:20-cv-1266 RB/DLM

WASHINGTON FEDERAL BANK, INC.,

    Defendant.

## **FINAL JUDGMENT**

    **THIS MATTER** is before the Court on the Memorandum Opinion and Order filed May 27, 2024. (Doc. 116.) In the Opinion, the Court found that Plaintiff Ann W. Easley Bryant's lawsuit should be dismissed for her repeated failures to follow court orders or prosecute her lawsuit. (*See id.*) With no more issues before the Court, the Court enters Final Judgment.

    **IT IS THEREFORE ORDERED** that this case is **dismissed without prejudice**.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE